**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00552-CR

**TRAMAYNE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1460338-J**

## ORDER

We **GRANT** the State's May 13, 2016 motion for extension of time to file brief. The brief received by the Court is **ORDERED** timely filed as of the date of this order.

/s/ MOLLY FRANCIS
   PRESIDING JUSTICE